UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  4:16-CR-6032-EFS-1 |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION FOR PROTECTIVE ORDER, STIPULATED MOTION FOR FORENSIC REVIEW PROCEDURES, AND MOTION TO EXPEDITE** |
| STEPHEN JEFFERY CASTILLEJA, | |
| Defendant. | |

Before the Court is the Government's Stipulated Motion re: Forensic Review Procedures for Child Pornography Contraband, ECF No. 27; Motion for a Protective Order, ECF No. 28; and related Motion to Expedite, ECF No. 29. The Court finds good cause to grant the motions.

Accordingly, **IT IS HEREBY ORDERED**:

**1.** The Government's Motion to Expedite, **ECF No. 29**, is **GRANTED**.

**2.** The Government's Stipulated Motion re: Forensic Review Procedures for Child Pornography Contraband, **ECF No. 27**, is **GRANTED**.

**3.** Pursuant to 18 U.S.C. § 3509(m), the defense team shall not make, nor permit to be made, any copies of the child pornography contraband pursuant to this stipulation and order. The defense team is forbidden from removing any

ORDER **-** 1

1   contraband images from the government reviewing facility.

2   Defense expert will be allowed to compile a report (without

3   contraband images/videos) documenting the examination on

4   removable media if the case dictates. Defense expert will

5   be provided with a CD/DVD burner and disks to copy his or

6   her report onto optical media.

7   **4.**   The government will make a copy of the seized defense media

8   and reasonably available to the defendant and provide ample

9   opportunity for the defense team to examine subject to the

10   procedures agree to by the parties in the Stipulated Motion

11   re: Forensic Review Procedures for Child Pornography

12   Contraband, ECF No. 27.

13   **5.**   The Government's Motion for a Protective Order, **ECF No. 28**,

14   is **GRANTED**.

15   **6.**   All persons acting in this case in a capacity described in

16   18 U.S.C. § 3509(d)(1)(B), shall follow and abide by the

17   privacy protections of 18 U.S.C. § 3509(d)(1) and (2) as

18   follows:

19   (d)   Privacy protection.—

20   (1) Confidentiality of information.—

21   (A)   A person acting in a capacity described in

22   subparagraph (B) in connection with a

23   criminal proceeding shall—

24   i)   keep all documents that disclose the

25   name or any other information concerning

26   a child in a secure place to which no

ORDER – 2

1                                                person who does not have reason to know

2                                                their contents has access; and

3                            ii)   disclose documents described in clause

4                                  (i) or the information in them that

5                                  concerns a child only to persons who, by

6                                  reason of their participation in the

7                                  proceeding, have reason to know such

8                                  information.

9                      (B)   Subparagraph (A) applies to—

10                          i)   all   employees   of   the   Government

11                               connected   with   the   case,   including

12                               employees of the Department of Justice,

13                               any law enforcement agency involved in

14                               the case, and any person hired by the

15                               Government to provide assistance in the

16                               proceeding;

17                        ii)   employees of the court;

18                      iii)   the   defendant   and   employees   of   the

19                               defendant,   including   the   attorney   for

20                               the defendant and persons hired by the

21                               defendant   or   the   attorney   for   the

22                               defendant to provide assistance in the

23                               proceeding; and

24                        iv)   members of the jury.

25                  (2) Filing Under Seal. — All papers to be filed in

26                       court that disclose the name of or any other

ORDER **–** 3

1    information concerning a child shall be filed

2    under seal without necessity of obtaining a

3    court order. The person who makes the filing

4    shall submit to the clerk of the court-

5    (A)  the complete paper to be kept under seal;

6    and

7    (B)  the paper with the portions of it that

8    disclose the name of or other information

9    concerning a child redacted, to be placed

10    in the public record.

11    (C)  the search warrants in this case contain

12    personal and identifying information

13    regarding the minor victims in this case.

14    The Government will follow the procedure

15    as described in paragraph (A) and (B) to

16    comply with the provisions of 18 U.S.C. §

17    3509(d).

18    **7.**    Counsel shall remind all persons providing assistance on

19    this case of these obligations.

20    **8.**    Any alleged minor victim will be referred to either by

21    initial or a pseudonym, whichever is agreed upon by counsel

22    for the United States and the Defendant. Counsel shall be

23    consistent in their use of the identifier selected. The

24    parties shall prepare their witnesses and instruct them to

25    refer to the alleged minor victims only by using the agreed

26    pseudonyms (e.g., "Jane Doe 1", "Jane Doe 2" etc.), rather

ORDER **-** 4

1   than their names, in opening statements and in closing

2   arguments.

3   **9.**   All personal information relating to any minor victim shall

4   be precluded from public disclosure.

5   **IT IS SO ORDERED.**   The Clerk's Office is directed to enter this

6   Order and provide copies to all counsel.

7   **DATED** this   28th   day of June 2016.

8

9   s/Edward F. Shea
    EDWARD F. SHEA
    Senior United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Q:\EFS\Criminal\2016\6032.ord.pro.mot.lc2.docx

ORDER **–** 5